**ORDERED** that the motions of the Defendant and Defendant-Intervenors for summary judgment as against the Canadian Wheat Board are **denied**;

**ORDERED** that the complaints of the Canadian Lumber Trade Alliance, Norsk Hydro Canada, Inc., Ontario Forest Industries Association, Ontario Lumber Manufacturers Association, and the Free Trade Lumber Council are **dismissed as moot** ; and it is further

**ORDERED** that the Government of Canada's complaint is **dismissed** for lack of standing; and it is further

**ORDERED, ADJUDGED and DECREED** that pursuant to Section 408 of the North American Free Trade Implementation Act, 19 U.S.C. § 3438, the Continued Dumping and Subsidy Offset Act of 2002, 19 U.S.C. §3438, does not apply to antidumping and countervailing duties assessed on imports of goods from Canada or Mexico; and it is further

**ORDERED, ADJUDGED and DECREED** that Defendant W. Ralph Basham, Commissioner of the United States Bureau of Customs and Border Protection, his employees, officers, agents, attorneys, and successors in office are **permanently enjoined**, as of July 14, 2006 from making any continued dumping and subsidy offsets, payments or distributions, to affected domestic producers, as defined by 19 U.S.C. § 1675c (2005), to the extent they derive from duties assessed pursuant to countervailing duty orders, antidumping duty orders, or findings under the Antidumping Act of 1921, upon hard red spring wheat from Canada imported into the United States.

575 F.Supp.2d 1387

DURFEY, et al., Plaintiffs, v. UNITED STATES SEC'Y OF AGRICULTURE, Defendant.

Court No. 06–00316

## *JUDGMENT*

POGUE, Judge: Upon consideration of Defendant's Second Redetermination on Remand and Plaintiffs' Comments on the Second Redetermination on Remand, it is hereby

ORDERED that Defendant's Second Redetermination On Remand, concluding that Plaintiffs qualify for Trade Adjustment Assistance cash benefits in the amount of $9,093.80, is affirmed; and it is further

ORDERED that Defendant direct payment to Plaintiffs in the amount of $9,093.80.